**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE ESTATE OF JO GUAJARDO NAVARRO,** | § § § | |
| **Plaintiff,** | § § | |
| | § | **Civil Action No. 5:23-cv-01296-XR** |
| **v.** | § § | |
| **SEATTLE BANK C/O PHH MORTGAGE CORPORATION,** | § § § | |
| **Defendant.** | § § | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

**CAME ON TO BE CONSIDERED** the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) of Defendant Seattle Bank c/o PHH Mortgage Corporation. Having considered the Motion, and any responses and replies thereto on file, the Court determines that the Motion bears merit and should be granted.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that Motion is granted in its entirety and all of Plaintiff's claims asserted in this cause are hereby dismissed with prejudice.

It is so **ORDERED.**

**SIGNED** this _____ day of _____, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE